UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-10008-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIAN MARTI,

    Defendant.
_____/

### ORDER ON DEFENDANT UNOPPOSED MOTION TO WITHDRAW

**THIS MATTER** has come before the Court on the Federal Public Defender's Unopposed Motion to Withdraw as counsel of record and the Court being fully advised

**IT IS HEREBY ORDERED AND ADJUDGED** *that said mo. is granted + the case referred to Judge Huestra for appointment of new counsel for the new attorm hearing set for 5/15/09*

**DONE AND ORDERED** in Chambers at Miami, Dade County, Florida this 21 day of April, 2009.

/s/ James Lawrence King
HON. JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT JUDGE

cc: All Parties.

1