UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-10008-CR-KING

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

DAMIAN MARTI,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE AND RESETTING FINAL REVOCATION OF SUPERVISED RELEASE HEARING**

THIS MATTER came before the Court upon the Defendant's Motion to Continue the Final Supervised Release Hearing (D.E. #415), filed on May 8, 2009. The Court after careful consideration, and being fully advised in the premises thereof, it is

ORDERED, ADJUDGED, and DECREED that the Motion be and the same is hereby Granted and reset for Final Revocation of Supervised Release Hearing, and all counsel for the respective parties are hereby required to appear before the Court on **Friday, May 22, 2009 at 1:30 p.m.** at the James Lawrence King Federal justice Building and United States Courthouse, 99 NE 4th Street 11th Floor, Courtroom II, Miami, FL.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 11th day of May, 2009.

>             *James Lawrence King*
> _____
> JAMES LAWRENCE KING
> UNITED STATES DISTRICT JUDGE

cc:   Benjamin Greenberg, AUSA
      Robin Waugh-Farretta, AUSA
      Federal Public Defender's Office
      U.S. Marshal
      Marilyn G. Westfield, USPO